**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**Barry D. Edney,**

    **Plaintiff,**

**-V-**                                           **Case No. 2:1994cv0277
JUDGE SMITH
Magistrate Judge Abel**

**City of Columbus, et al.,**

    **Defendants.**

## ORDER

After due consideration, the Court **DENIES** plaintiff's motion to stay the Magistrate Judge's October 27, 2004 order which granted the motion of James D. McNamara to withdraw as counsel for plaintiff.

The Clerk shall remove Doc. 53 from the Court's pending CJRA motions list.

    **IT IS SO ORDERED.**

                                                        **/s/ George C. Smith
GEORGE C. SMITH, JUDGE
UNITED STATES DISTRICT COURT**